■ In the Matter of GARY FAMA, Appellant, v LOUIS F.

MANN, as Superintendent of Shawangunk Correctional Facility, Respondent. [603 NYS2d 774] —Appeal from a judgment of the Supreme Court (Hughes, J.), entered March 1, 1993 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

Petitioner was found guilty after a disciplinary hearing of violating rules prohibiting possession of a weapon and unauthorized medication and was given a penalty which included 30 days' confinement in the special housing unit. Petitioner contends that this penalty, when combined with his two-day prehearing confinement, exceeded the maximum 30-day confinement limit on penalties imposed after a disciplinary hearing. Petitioner also argues that the record is inadequate.

Any gaps in the transcript of the disciplinary hearing do not preclude significant review in this case (see, *Matter of Machado v Leonardo,* 180 AD2d 936). Further, petitioner has not demonstrated prejudice arising from any other irregularities in the record (see, *Matter of Fahey v Public Health Council, Dept. of Health,* 89 AD2d 702, 704). As to the merits, nothing in the regulations of the Department of Correctional Services requires that petitioner's prehearing segregation be credited toward the segregation imposed as a penalty after a disciplinary hearing.

Weiss, P. J., Mikoll, Mercure and Mahoney, JJ., concur. Ordered that the judgment is affirmed, without costs.